IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | Case No. 1:12-bk-06641 |
| SCOTT ARTHUR FULLER | } | |
| 211 7TH AVENUE | } | Chapter 7 |
| Columbia, TN 38401 | } | |
| SSN: xxx-xx-8926 | } | Judge Randal S. Mashburn |
| | } | |
| Debtor(s) | } | |

## ORDER GRANTING MOTION TO AVOID LIEN PER 11 U.S.C. § 522

It appears to the United States Bankruptcy Court for the Middle District of Tennessee that the Debtor(s) filed a Motion to Avoid Lien per 11. U.S.C. §522 and notice of said motion has been given pursuant to L.B.R. 9013-1 to all parties in interest. It further appears to the Court that twenty-one (21) days have elapsed since the date of service of the motion and no responses have been forthcoming from any party in interest.

It is therefore ORDERED that the Debtor(s) shall be permitted to avoid the lien of SUN CREDIT on the Debtors(') household goods and other collateral secured by a non-purchase, non-possessory, security interest in the household goods and other collateral.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page*

APPROVED FOR ENTRY:


   */s/ James A. Flexer*
James A. Flexer, BPR #9447
Attorney for Debtors
Law Offices of James A. Flexer
176 2nd Avenue North, Suite 501
Nashville, TN  37201
(615) 255-2893
fax: (615) 242 8849
**cm-ecf@jamesflexerconsumerlaw.com**